IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil No. 3:14-cv-188-RJC-DSC

| | | |
|---|---|---|
| RONALD BARRANCO and PRINT3D CORPORATION, a Nevada corporation, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| 3D SYSTEMS CORPORATION, a Delaware corporation, 3D SYSTEMS, INC., a California Corporation, DAMON GREGOIRE, JOHN DOES 1-10, JANE DOES 1-10, DOE ENTITIES 1-10 GOVERNMENTAL ENTITIES 1-10 | ) ) ) ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Plaintiffs' Motion to Stay Pending Arbitration (Document 45). Upon review of the file and consent of all parties it appears to the Court that good cause exists to allow the Motion.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' Motion to Stay further proceedings in this case pending arbitration is ALLOWED and this matter is hereby STAYED pending completion of arbitration proceedings pursuant to and in accordance with the arbitration agreement of the parties.

**IT IS FURTHER ORDERED** that during the pendency of the stay, the parties shall provide the Court with written status reports every ninety days concerning the progress of such arbitration proceedings.

**SO ORDERED**.

Signed: May 20, 2014

David S. Cayer
United States Magistrate Judge