**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:14-CV-00188-RJC-DSC**

| | |
|---|---|
| **RONALD BARRANCO, et. al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **3D SYSTEMS CORPORATION, et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

---

     **THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for William W. Wilkins and Mark Poe]" (documents ## 61-62) filed November 5, 2015. For the reasons set forth therein, the Motions will be <u>granted</u>.

     The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

     **SO ORDERED**.

Signed: November 6, 2015

David S. Cayer
United States Magistrate Judge