**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:14-cv-00188-RJC-DSC**

| | |
|---|---|
| **RONALD BARRANCO and PRINT3D CORPORATION,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**3D SYSTEMS CORPORATION, 3D SYSTEMS, INC. DAMON GREGOIRE, JOHN DOES 1–10, JANE DOES 1–10, and DOE ENTITIES 1–10,** )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** comes before the Court sua sponte following the motions hearing held on June 29, 2016. At the hearing, the Court instructed the parties to submit case citations only regarding the issue of remedies available to the Court should it find that the Modified Arbitration Award violated the *functus officio* doctrine. Upon further review, the Court has determined, however, that it may be beneficial to allow each party to provide a short narrative describing why the cases it cites are relevant to the matter at hand. Accordingly, the Court will permit each side to submit a brief addressing the cases on point for this issue. While the Court is expanding the parties' opportunity to describe the relevance of any case cited, it encourages the parties that brevity is critical to persuasion.

**IT IS, THEREFORE, ORDERED** that each party may submit a brief citing cases relevant to the issue of remedies available for a violation of the *functus officio* doctrine. Such briefs shall be due by July 11, 2016.

Signed: June 29, 2016

Robert J. Conrad, Jr.
United States District Judge