# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Print3D Corporation<br>Ronald Barranco, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00188-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Jane Does 1-10<br>3D Systems Corporation<br>3D Systems, Inc.<br>Doe Entities 1-10<br>Damon Gregoire<br>Doe Governmental Entities 1-10<br>John Does 1-10, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 31, 2016 Order.

August 31, 2016

Frank G. Johns, Clerk
United States District Court