UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-00188-RJC-DSC

| | |
|---|---|
| RONALD BARRANCO and PRINT3D CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> 3D SYSTEMS CORPORATION, 3D SYSTEMS, INC., DAMON GREGOIRE, JOHN DOES 1–10, JANE DOES 1–10, and DOE ENTITIES 1–10, <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the Motion to Approve Supersedeas Bond by Defendants 3D Systems Corporation and 3D Systems, Inc. (collectively, "3D Systems"). After considering the motion and noting Plaintiffs' consent to the motion, the Court finds that the Supersedeas Bond in the amount of $11,400,763.47 should be approved, and that enforcement of the judgment in this action should be stayed automatically through disposition of 3D Systems' pending appeal to the United States Court of Appeals for the Fourth Circuit.

**IT IS THEREFORE ORDERED** that the Supersedeas Bond is hereby **APPROVED** and enforcement of the judgment in this action is **STAYED** automatically through disposition of 3D Systems' appeal to the Fourth Circuit.

Signed: August 9, 2017

Robert J. Conrad, Jr.
United States District Judge